UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROGELIO MAY RUIZ, | No. 2:20-cv-1066 WBS DB |
| Plaintiff, | |
| v. | ORDER |
| J. ROSSI, et al., | |
| Defendant. | |

----oo0oo----

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On March 25, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (Docket No. 14.) The findings and recommendations recommended that the court deny plaintiff's request to reconsider

1

the denial of his motion to appoint counsel and/or an interpreter and the denial of his motion to proceed in forma pauperis. Plaintiff has filed objections to the findings and recommendations, and in the objections once again requests the appointment of counsel and/or an interpreter. (Docket No. 15.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis, both with respect to the denial of counsel and/or an interpreter and the denial of the request to proceed in forma pauperis. For the same reasons, the court will deny plaintiff's request in his most recent objections for appointment of counsel and/or an interpreter.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 25, 2021, are adopted in full;

2. Plaintiff's motion for reconsideration (Docket No. 13) is denied;

3. Plaintiff's request for appointment of counsel and/or an interpreter (Docket No. 15) is denied.

Dated: April 15, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE