UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | No. 2:20-cv-1066 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| J. ROSSI, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 26, 2020[1], the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) Plaintiff has filed objections to the findings and recommendations.[1] (ECF No. 18.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

---

[1] The court notes that most of plaintiff's objections appear to be in Spanish. Case filings should be presented to the court in English. See Ruiz v. Woodfill, No. 2:20-cv-0205 KJM AC P, 2021 WL 1222851, (E.D. Cal. Apr. 1, 2021).

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 26, 2021, are adopted in full; and

2. This action is dismissed without prejudice.

Dated: July 13, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/ruiz1066.804(3)

2